IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID DEAN GOFF,

        Petitioner,          No. CIV S-05-2427 GEB GGH P

    vs.

DERRAL ADAMS, Warden, Substance Abuse Treatment Facility and State Prison, Corcoran, et al.,

        Respondents.          ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. Petitioner states that a motion to stay and abey is to follow.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Within thirty days from the date of this order, petitioner shall file and notice, in accordance with the local rules, a motion for stay and abeyance.

/////

/////

/////

/////

1

2. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves, Senior Assistant Attorney General.

DATED:  2/1/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
goff2427.100fee