IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID DEAN GOFF,

    Petitioner,                      No. CIV S-05-2427 GEB GGH P

    vs.

DERRAL ADAMS, et al.,

    Respondent.                   FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's March 3, 2006, motion to stay and abey this action while he returns to state court to exhaust additional claims. Rhines v. Weber, ___ U.S. ___, 125 U.S. 1528 (2005) (habeas petition may only be stayed if the petitioner can show good cause for his failure to exhaust his claims first in state court). Petitioner noticed this motion for hearing for May 4, 2006. By minute order, the court vacated this hearing.

        Respondent has not opposed petitioner's motion. Good cause appearing, the court recommends that petitioner's motion be granted.

/////

/////

1

Accordingly, IT IS HEREBY RECOMMENDED that petitioner's March 3, 2006, motion to stay this action be granted; this action be stayed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: 5/5/06                              /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

ggh:kj
goff2427.157